AUSBAND v. TRUST CO.

No. 21 PC.

Case below: 17 N.C. App. 325.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.

HUFFMAN v. INSURANCE CO.

No. 24 PC.

Case below: 17 N.C. App. 292.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.

KANOY v. KANOY

No. 27 PC.

Case below: 17 N.C. App. 344.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.

KISER v. SNYDER

No. 32 PC.

Case below: 17 App. 445.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.

MARTIN v. SERVICE CO.

No. 31 PC.

Case below: 17 N.C. App. 359.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.